1  JEFFREY A. COHEN, [State Bar 149615]
   jcohen@corichlaw.com
2  ERIK S. VELIE, [State Bar 252446]
   evelie@corichlaw.com
3  COHEN & RICHARDSON, PC
   2321 Rosecrans Avenue, Suite 4210
4  El Segundo, CA 90245-4911
   Telephone: (310) 469-9600
5  Fax: (310) 469-9610

6  Attorneys for Plaintiffs, Global Development Strategies, Inc. and Global
   Distribution Services, Inc.
7



FILED
CLERK, U.S. DISTRICT COURT
MAR - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  Global Development Strategies, Inc., a
    Nevada Corporation; Global
12  Distribution, Services, Inc., a Nevada
    Corporation,

13              Plaintiffs,

14         vs.

15  Mobile Motion, Inc., a California
    Corporation; Doron Kim, an individual,
16  E Dating For Free, Inc., a California
    Corporation; and DOES 1-10.

17              Defendants.

18

19

20

21

22

23

24

25

26

27  ///

28

Case No. **CV 11 - 01966** CAS (AGRx)

[~~PROPOSED~~] ORDER GRANTING
PLAINTIFF'S EX PARTE
APPLICATION FOR
TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW
CAUSE RE: PRELIMINARY
INJUNCTION
(*Fed. R. Civ. P. 65(a), (b)*)

[Filed concurrently with; (1) Plaintiff's
Ex Parte Application For Temporary
Restraining Order and Order to Show
Cause Re: Preliminary Injunction and
Memorandum of Points and
Authorities in Support Thereof; (2)
Certificate of Erik S. Velie; (3)
Affidavit of Peter Stephens; and (4)
Affidavit of Brandon Campbell; and
(5) *Ex Parte* Application for Leave to
Take Immediate Discovery Prior to
Rule 26(f) Conference ]

Judge:

Courtroom:

Hearing Date:

Time:

COHEN AND
RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

1

[PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER AND OSC RE:
PRELIMINARY INJUNCTION

TO DEFENDANTS, MOBILE MOTION, INC. ("MOBILE"), DORON KIM ("KIM") AND E DATING FOR FREE, INC.:

Based on the showing made by Plaintiffs, Global Development Strategies, Inc. ("GD") and Global Distributions Services, Inc.("GDS")(GD and GDS shall hereinafter be collectively referred to as "Plaintiffs") in the Application for Temporary Restraining Order, together with all papers provided in support thereof, including the complaint, the affidavits of Peter Stephens and Brandon Campbell, and the memorandum of points and authorities all in support thereof, it appears to the Court that the Plaintiffs' will suffer immediate and irreparable injury, loss, or damage before notice can be given and defendants and/or defendants' attorney(s) can be heard in opposition to the any Application for a Temporary Restraining Order.

Plaintiffs have given security to the Court in the sum of $0.00 for the payment of any costs and damages that the defendants may incur or suffer if wrongfully enjoined or restrained. Therefore,

## **ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Mobile Motion, Inc., Doron Kim and E Dating For Free, Inc. appear before this Court, located at 312 N Spring Street, Los Angeles, California, in Courtroom No. 5, on March 21, 2011 at 12:00 P.M. (Noon), and then and there show cause as to why a preliminary injunction should not issue, pending a decision of this Court in this action:

(1)     That Defendants immediately transfer the following Domain Names to a Domain Name account held by Global Distribution Services, Inc:

1. sandiegooverheaddoors.com
2. orangecountyoverheaddoors.com

[PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION

| | |
|---|---|
| 1 | 3. charlotteoverheaddoors.com |
| 2 | 4. denveroverheaddoors.com |
| 3 | 5. dallasoverheaddoor.com |
| 4 | 6. houstongaragedoor.com |
| 5 | 7. longbeachoverheaddoors.com |
| 6 | 8. twincitygaragedoors.com |
| 7 | 9. phoenixoverheaddoors.com |
| 8 | 10. sacramentooverheaddoors.com |
| 9 | 11. sanantoniooverheaddoors.com |
| 10 | 12. seattleoverheaddoors.com |
| 11 | 13. sanjoseoverheaddoors.com |
| 12 | 14. orlandooverheaddoors.com |
| 13 | 15. lasvegasoverheaddoors.com |
| 14 | 16. jacksonvilleoverheaddoors.com |
| 15 | 17. daytonabeachoverheaddoors.com |
| 16 | 18. atlanta-garage-door-repair.com |
| 17 | 19. bouldergaragedoorrepair.com |
| 18 | 20. denvergaragedoorrepair.com |
| 19 | 21. dallas-garage-door-repair.com |
| 20 | 22. garagedoorrepairfortworth.com |
| 21 | 23. houston-garage-door-repair.com |
| 22 | 24. irvine-garage-door-repair.com |
| 23 | 25. minneapolis-garage-door-repair.com |
| 24 | 26. orangecounty-garage-door-repair.com |
| 25 | 27. orlando-garage-door-repair.com |
| 26 | 28. phoenix-garage-door-repair.com |
| 27 | 29. sacramentogaragedoorrepair.com |
| 28 | 30. garagedoorrepairstpaul.com |

COHEN &
RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

3

1    31.sandiego-garage-door-repair.com

2    32.sanantoniogaragedoorrepair.com

3    33.seattlegaragedoorrepair.com

4    34.sanjosegaragedoorrepair.com

5    35.tampagaragedoorrepair.com

6    36.longbeachgaragedoors.com

7    37. orangecountygaragedoors.com

8    38. sandiegogaragedoor.com

9    39. overheadgaragedoors.com

10   40. americaschoicedoors.com

11   41.boulderoverheaddoors.com

12   42.chicagogaragedoors.com

13   43. dallasoverheaddoors.com

14   44. denvergaragedoors.com

15   45.firstchoicegaragedoors.com

16   46. fortworthoverheaddoors.com

17   47. garagedoormasters.com

18   48.garagedoorprofessionals.com

19   49.atlantaoverheaddoors.com

20   50.garagedoorsorangecounty.com

21   51.tampaoverheaddoors.com

22   52.houstonoverheaddoors.com

23   53.justgaragedoorremotes.com

24   54.justgaragedoors.com

25   55.stpaulgaragedoors.com

26   56.saintpaulgaragedoors.com

27   57.garagedoorsatlanta.com

28   58.garagedoorsdallas.com

4

[PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER AND OSC RE:
PRELIMINARY INJUNCTION

1    59.garagedoorsdenver.com

2    60.garagedoorsjacksonville.com

3    61.garagedoorslasvegas.com

4    62.garagedoorsorlando.com

5    63.garagedoorsphoenix.com

6    64.garagedoorssanantonio.com

7    65.garagedoorssandiego.com

8    66.garagedoorsseattle.com

9    67.garagedoorstampa.com

10   68.jacksonvillegaragedoors.com

11   69.minneapolisgaragedoors.com

12   70.minneapolisoverheaddoors.com

13   71.orangecountyoverheaddoor.com

14   72.orlandogaragedoors.com

15   73.phoenixgaragedoors.com

16   74.sanantoniogaragedoor.com

17   75.sanantoniooverheaddoor.com

18   76.sandiegooverheaddoor.com

19   77.sanjoseoverheaddoor.com

20   78.seattlegaragedoors.com

21   79.seattleoverheaddoor.com

22   80.tampagaragedoors.com

23   81.austin-garage-door-repair.com

24   82.bostongaragedoorrepair.com

25   83.charlottegaragedoorrepair.com

26   84.detroitgaragedoorrepair.com

27   85.garagedoorrepairomaha.com

28   86.neworleansgaragedoorrepair.com

1   87.philadelphiagaragedoorrepair.com

2   88.pittsburghgaragedoorrepair.com

3   89.portlandgaragedoorrepair.com

4   90.renogaragedoorrepair.com

5   91.richmondgaragedoorrepair.com

6   92.sanbernardinogaragedoorrepair.com

7   93.sanfranciscogaragedoorrepair.com

8   94.stlouisgaragedoorrepair.com

9   95.tucson-garage-door-repair.com

10  96.atlanta-garage-door.com

11  97.austin-garage-door.com

12  98.boston-garage-door.com

13  99.charlotte-garage-door.com

14  100.   columbusgaragedoor.com

15  101.   dallas-garage-doors.com

16  102.   Houston-garage-door.com

17  103.   Lasvegas-garage-door.com

18  104.   Losangeles-garage-door.com

19  105.   Louisvillegaragedoor.com

20  106.   Miami-garagedoors.com

21  107.   Milwaukee-garage-door.com

22  108.   Minneapolis-garage-door.com

23  109.   Omaha-garage-door.com

24  110.   Orlando-garage-door.com

25  111.   Philadelphia-garage-door.com

26  112.   Phoenix-garage-door.com

27  113.   Renogaragedoor.com

28  114.   Sacramento-garage-door.com

1     115.   Sanantonio-garage-door.com

2     116.   Sanjose-garage-door.com

3     117.   Seattle-garage-door.com

4     (Domain names 1 through 117 as listed herein shall collectively be

5     referred to as the "Domain Names").

6     (1)     That Google, Inc. immediately transfer all access privileges to the

7  accounts ("AdWords Accounts") set forth below presently in the name of Mobile

8  Motion, Inc. or otherwise to Global Distribution Services, Inc. and take steps to

9  ensure that all such accounts remain fully functional in the process of such transfer:

10  1.   Fort Worth/Dallas - Client ID 833-945-3725/Manager ID: 201-724-3688

11  2.   Atlanta - Client ID 879-562-2978/ Manager ID 201-724-3689

12  3.   Houston - Client ID: 938-761-7308/Manager ID: 201-724-3690

13  4.   San Antonio - Client ID: 850-290-9758/Manager ID: 201-724-3691

14  5.   Charlotte - Client ID: 530-396-4233/Manager ID: 201-724-3692

15  6.   Minneapolis/St. Paul - Client ID: 747-184-5598/Manager ID: 201-724-3693

16  7.   Boulder - Client ID: 376-316-8321/Manager ID: 201-724-3694

17  8.   Denver/Boulder - Client ID: 511-043-6168/Manager ID: 201-724-3695

18  9.   Long Beach - Client ID: 624-604-2578/Manager ID: 201-724-3696

19  10. Orange County - Client ID: 230-995-6908/Manager ID: 201-724-3697

20  11. Phoenix - Client ID: 997-961-1638/Manager ID: 201-724-3698

21  12. Sacramento - Client ID: 703-277-5768/Manager ID: 201-724-3699

22  13. San Diego - Client ID: 245-631-3518/Manager ID: 201-724-3700

23  14. Seattle - Client ID: 467-136-6338/Manager ID: 201-724-3701

24  15. San Jose - Client ID: 245-246-7347/Manager ID: 201724-3702

25  16. Tampa/Orlando - Client ID: 854-241-1668/Manager ID: 201-724-3703

26

27     (2)     That Microsoft, Inc. immediately transfer all access privileges to the

28  accounts set forth below presently in the name of Mobile Motion, Inc., or

7

[PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER AND OSC RE:
PRELIMINARY INJUNCTION

1  otherwise, to Global Distribution Services, Inc. and take steps to ensure that all

2  such accounts remain fully functional in the process of such transfer. (collectively,

3  the "AdCenter Accounts")

    1.  Fort Worth -Account No. 165-505-4708

    2.  Atlanta - Account No. 208-373-9430

    3.  Houston - Account No. 180-543-8126

    4.  San Antonio - Account No. 200-581-8920

    5.  Charlotte - Account No. 212-434-4909

    6.  Minneapolis - Account No. 892-644-3660

    7.  Denver – Account No. 137-680-9149

    8.  Orange County - Account No. 598-915-7800

    9.  Phoenix - Account No. 200-795-3544

    10. Sacramento - Account No. 839-351-3990

    11. San Diego - Account No. 145-822-1772

    12. Seattle - Account No. 124-953-1922

    13. San Jose - Account No. 190-096-4541

    14. Tampa - Account No. 116-061-0798

    15. Orlando - 133-980-2780

(3)  That Marchex, Inc. immediately transfer control of all phone numbers presently in the control of Mobile Motion, Inc., Doron Kim, David Perez and E Dating For Free, Inc. the Phone Numbers (maintained by Marchex, Inc.) associated with any of the Websites to which the Domain Names are pointing to Global Distribution Services, Inc.

(4)  That Defendant immediately cease and desist of and from any further use of the Domain Names, the AdWords Accounts and AdCenter Accounts identified herein above.

(5)  That Defendants shall not make any changes to the any of the Websites to which the Domain Names (hosted by Rackspace, Inc.) currently point

8

1   including but not limited to company names, contact information, phone numbers
2   and addresses displayed thereon.

3       (6)    That Rackspace, Inc. transfer log-in access to all accounts associated
4   with the Domain Names set forth above to Global Distribution Services, Inc. while
5   taking steps to ensure that resolution of the Domain Names remains active in the
6   course of such transfer.

7   **OR, IN THE EVENT THAT THE COURT DOES NOT GRANT THE**
8   **ABOVE PRELIMINARY INJUNCTION TERMS THEN PLAINTIFFS**
9   **REQUEST IN THE ALTERNATIVE;**

10       An immediate preliminary injunction pending the final hearing and
11   determination on the merits as follows:

12       (1)    Defendants are prohibited from transferring the registration of,
13   assigning, selling, leasing, altering, relinquishing, injuring or otherwise making
14   changes to, in any manner, the existing registration of the Domain Names defined
15   above;

16       (2)    Defendants shall maintain the current Domain Name Registrations in
17   full force and effect and shall make no changes to the DNS information or IP
18   addresses associated therewith without a further order of this court.

19       (3)    Defendants shall be not access, altering, deleting assigning,
20   transferring, injuring, and/or destroying, in any manner, the Internet Pay-Per-Click
21   marketing accounts, campaigns, search terms and keywords contained within the
22   AdWords Accounts and AdCenter Accounts.

23       (4)    Defendants shall not make or permit any changes to the any of the
24   Websites to which the Domain Names (hosted by Rackspace, Inc.) currently point
25   including but not limited to company names, contact information, phone numbers
26   and addresses displayed thereon.

27       (5)    Defendants shall not cancel, change, alter or re-direct the phone
28   numbers (maintained by Marchex, Inc.) associated with any of the Websites to

1    which the Domain Names are currently pointing.

2        (6)    That Google, Inc. Microsoft, Inc., Network Solutions, LLC, Tucows,

3    Inc., Marchex, Inc. Rackspace, US, Inc., and Seyego, LLC, and each of them, take

4    steps within their respective control to maintain the current operation of the

5    Domain Names, Websites, Pay-Per-Click Campaigns and Phone Numbers and

6    facilitate the other orders of this court as set forth herein.

7

8    ## TEMPORARY RESTRAINING ORDER

9

10   IT IS FURTHER ORDERED that, pending this hearing on the preliminary

11   injunction, that:

12       (1)    Defendants are prohibited from transferring the registration of,

13   assigning, selling, leasing, altering, relinquishing, injuring or otherwise making

14   changes to, in any manner, the existing registration of the Domain Names (118

15   "Domain Names" related to the sale and service of garage doors as defined in the

16   Complaint filed in this action) and identified within Exhibit B to the Complaint;

17       (2)    Defendants shall maintain the current Domain Name Registrations in

18   full force and effect and shall make no changes to the DNS information or IP

19   addresses associated therewith without a further order of this court.

20       (3)    Defendants shall be not access, altering, deleting assigning,

21   transferring, injuring, and/or destroying, in any manner, the Internet Pay-Per-Click

22   marketing accounts, campaigns, search terms and keywords contained within the

23   AdWords Accounts and AdCenter Accounts.

24       (4)    Defendants shall not make or permit any changes to the any of the

25   Websites to which the Domain Names (hosted by Rackspace, Inc.) currently point

26   including but not limited to company names, contact information, phone numbers

27   and addresses displayed thereon.

28       (5)    Defendants shall not cancel, change, alter or re-direct the phone

COHEN &
RICHARDSON, PC
El Segundo, California

[PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER AND OSC RE:
PRELIMINARY INJUNCTION

1  numbers (maintained by Marchex, Inc.) associated with any of the Websites to

2  which the Domain Names are currently pointing.

3      (6)    That Google, Inc. Microsoft, Inc., Network Solutions, LLC, Tucows,

4  Inc., Marchex, Inc. Rackspace, US, Inc., and Seyego, LLC, and each of them, take

5  steps within their respective control to maintain the current operation of the

6  Domain Names, Websites, AdCenter Accounts, AdWord Accounts, Pay-Per-Click

7  Campaigns and Phone Numbers and facilitate the other orders of this court as set

8  forth herein.

9

10  **SERVICE OF THIS ORDER**

11  IT IS FURTHER ORDERED that service of a copy of this Order to Show Cause

12  and Temporary Restraining Order by the Plaintiffs, together with all papers and

13  materials that the Plaintiffs' filed with the Court, by hand delivery on Defendants,

14  no later than _4 p.m._ (time) on _March 11, 2011_ (date), will constitute sufficient service of

15  this order.

16

17

18  Dated: _3/8/11_            _Christina A. Snyder_

                                 UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28