1  JEFFREY A. COHEN, [State Bar 149615]
   jcohen@corichlaw.com
2  ERIK S. VELIE, [State Bar 252446]
   evelie@corichlaw.com
3  COHEN & RICHARDSON, PC
   2321 Rosecrans Avenue, Suite 4210
4  El Segundo, CA  90245-4911
   Telephone: (310) 469-9600
5  Fax: (310) 469-9610

6  Attorneys for Plaintiff, Global Development Strategies, Inc. and Global
   Distribution Services, Inc.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Development Strategies, Inc., a Nevada Corporation; Global Distribution, Services, Inc., a Nevada Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>Mobile Motion, Inc., a California Corporation; Doron Kim, an individual, E Dating For Free, Inc., a California Corporation; and DOES 1-10.<br><br>    Defendants. | Case No. CV11-01966 CAS (AGRx)<br><br>**AFFIDAVIT OF ERIK VELIE IN SUPPORT OF OPPOSITION TO EMERGENCY EX PARTE MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, TO REQUIRE POSTING OF A BOND**<br><br>Judge: Hon. Christina A. Snyder<br><br>Courtroom:  5 – 2nd Floor<br><br>Hearing Date: Not Specified |

27  ///
28  ///

COHEN AND
RICHARDSON, PC
El Segundo, California

1

AFFIDAVIT OF ERIK STEPHEN VELIE
Case No. CV11-01966 CAS (AGRx)

I, Erik Stephen Velie, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and a member of the bar of this Court. I am an associate at the Law Offices of Cohen & Richardson, PC, counsel of record for Plaintiff, Global Development Strategies, Inc. ("GD") and Plaintiff, Global Distribution Services, Inc. ("GDS")(GD and GDS shall hereafter be collectively referred to as "Plaintiffs"). I have personal knowledge of the matters set forth herein and if called and sworn as a witness I could and would competently testify thereto. I make this Affidavit in Support of Plaintiffs' Opposition to Emergency Ex Parte Temporary Restraining Order, or in the Alternative, to require Posting of a Bond.

2. On March 8, 2011, at the Central District of California's Filing Office, I filed a Certificate of Counsel to Dispense with Notice Requirement with Plaintiffs' Ex Parte Application for a Temporary Restraining Order and Supporting Documents at 11:47 a.m. A true and correct copy of the Certificate of Counsel is attached hereto as Exhibit A.

3. At or around 4:45 p.m., on March 9, 2011, I received a telephone call from Karl Krokenberger. During the conversation Mr. Krokenberger requested that Plaintiffs stipulate to dissolve the TRO. At no time during the conversation, did Mr. Krokenberger inform me that (1) Defendants would be filing an Ex Parte Application or that (2) Plaintiffs would have 48 hours to respond to any Ex Parte Application, including the Ex Parte Application that is currently on file with the Court.

I state under penalty of perjury that all of the facts set out in this certification are true and correct to the best of my personal knowledge.

///
///
///
///

| | |
|---|---|
| 1 | |
| 2 | Dated March 10, 2011            COHEN & RICHARDSON, P.C |

Dated March 10, 2011

COHEN & RICHARDSON, P.C

By: Erik S. Velie [SBN 252446]
evelie@corichlaw.com
2321 Rosecrans Avenue, Suite 4210
El Segundo, CA 90245-4911
Telephone: (310) 469-9600
Fax: (310) 469-9610
Attorneys for Plaintiff, Global Development Strategies, Inc and Global Distribution Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2011, the document listed below was filed electronically. A Notice of Electronic Filing is generated by the Court's CM/ECF System and will be sent to the attorneys below who are registered CM/ECF Users and have consented to electronic service.

**AFFIDAVIT OF ERIK VELIE IN SUPPORT OF OPPOSITION TO EMERGENCY EX PARTE MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, TO REQUIRE POSTING OF A BOND**

By: s/ Jeffrey A. Cohen
Jeffrey A. Cohen
Attorneys for Defendant
Global Distribution Services, Inc., Global Development Strategies, Inc.

Karl S. Kronenberger
Krokenberger Burgoyne, LLC
150 Post Street, Suite 520
San Francisco, CA 94108

COHEN AND
RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

4

AFFIDAVIT OF ERIK STEPHEN VELIE
Case No. CV11-01966 CAS (AGRx)