JEFFREY A. COHEN, [State Bar 149615]
jcohen@corichlaw.com
ERIK S. VELIE, [State Bar 252446]
evelie@corichlaw.com
COHEN & RICHARDSON, PC
2321 Rosecrans Avenue, Suite 4210
El Segundo, CA 90245-4911
Telephone: (310) 469-9600
Fax: (310) 469-9610

Attorneys for Plaintiffs, Global Development Strategies, Inc. and Global Distribution Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Development Strategies, Inc., a Nevada Corporation; Global Distribution, Services, Inc., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Mobile Motion, Inc., a California Corporation; Doron Kim, an individual, E Dating For Free, Inc., a California Corporation; and DOES 1-10.<br><br>Defendants. | Case No. CV11-01966 CAS (AGRx)<br><br>**[PROPOSED] SUPPLAMENTAL TEMPORARY RESTRAINING ORDER RE: RACKSPACE ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br>(*Fed. R. Civ. P. 65(a), (b)*)<br><br>Judge:<br><br>Courtroom:<br><br>Hearing Date:<br><br>Time: |

///

1

[PROPOSED] FURTHER ORDER RE: RACKSPACE GRANTING PLAINTIFF'S EX PARTE

COHEN AND
RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

1   TO DEFENDANTS, MOBILE MOTION, INC. ("MOBILE"), DORON
2   KIM ("KIM") AND E DATING FOR FREE, INC.:

4   Based on the showing made by Plaintiffs, Global Development Strategies,
5   Inc. ("GD") and Global Distributions Services, Inc.("GDS")(GD and GDS shall
6   hereinafter be collectively referred to as "Plaintiffs") in the Application for
7   Temporary Restraining Order, together with all papers provided in support thereof,
8   including the complaint, the affidavits of Peter Stephens and Brandon Campbell,
9   and the memorandum of points and authorities all in support thereof, it appears to
10  the Court that the Plaintiffs' will suffer immediate and irreparable injury, loss, or
11  damage before notice can be given and defendants and/or defendants' attorney(s)
12  can be heard in opposition to the any Application for a Temporary Restraining
13  Order.
14  Plaintiffs have given security to the Court in the sum of $____ for the
15  payment of any costs and damages that the defendants may incur or suffer if
16  wrongfully enjoined or restrained.
17  Therefore,

19  **ORDER TO SHOW CAUSE**
20  IT IS HEREBY ORDERED that
21  (1) Forthwith, Rackspace, US, Inc. shall disable login and any other access to
22      any web hosting account within its control to which any of the Domain
23      Names (1 – 117) ("Domain Names") set forth above resolve and
24      commensurate therewith shall take steps to ensure that the websites
25      associated therewith as of the time of the prior oder of this court March 8,
26      2011 at 12:00 pm Pacific Time remain accessible to the public and are not
27      otherwise altered or deleted in any respect.
28  (2) To the extent necessary to implement this order, Rackspace, US, Inc. shall

1  restore the Websites for each of the Domain Names set forth below to the
2  most recent backup state in the custody and conrrol of Rackspace prior to the
3  order of this court issued at or about 12:00 pm March 8, 2011.
4  (3)   Once restored, Rackspace shall not otherwise disable access by the public to
5  the Websites for each of the Domain Names without further order of this
6  court.

The Domain Names referred to above are as follows:
1. sandiegooverheaddoors.com
2. orangecountyoverheaddoors.com
3. charlotteoverheaddoors.com
4. denveroverheaddoors.com
5. dallasoverheaddoor.com
6. houstongaragedoor.com
7. longbeachoverheaddoors.com
8. twincitygaragedoors.com
9. phoenixoverheaddoors.com
10. sacramentooverheaddoors.com
11. sanantoniooverheaddoors.com
12. seattleoverheaddoors.com
13. sanjoseoverheaddoors.com
14. orlandooverheaddoors.com
15. lasvegasoverheaddoors.com
16. jacksonvilleoverheaddoors.com
17. daytonabeachoverheaddoors.com
18. atlanta-garage-door-repair.com
19. bouldergaragedoorrepair.com
20. denvergaragedoorrepair.com

21. dallas-garage-door-repair.com
22. garagedoorrepairfortworth.com
23. houston-garage-door-repair.com
24. irvine-garage-door-repair.com
25. minneapolis-garage-door-repair.com
26. orangecounty-garage-door-repair.com
27. orlando-garage-door-repair.com
28. phoenix-garage-door-repair.com
29. sacramentogaragedoorrepair.com
30. garagedoorrepairstpaul.com
31. sandiego-garage-door-repair.com
32. sanantoniogaragedoorrepair.com
33. seattlegaragedoorrepair.com
34. sanjosegaragedoorrepair.com
35. tampagaragedoorrepair.com
36. longbeachgaragedoors.com
37. orangecountygaragedoors.com
38. sandiegogaragedoor.com
39. overheadgaragedoors.com
40. americaschoicedoors.com
41. boulderoverheaddoors.com
42. chicagogaragedoors.com
43. dallasoverheaddoors.com
44. denvergaragedoors.com
45. firstchoicegaragedoors.com
46. fortworthoverheaddoors.com
47. garagedoormasters.com
48. garagedoorprofessionals.com

COHEN &
RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

[PROPOSED] FURTHER ORDER RE: RACKSPACE GRANTING PLAINTIFF'S EX PARTE

| | |
|---|---|
| 1 | 49. atlantaoverheaddoors.com |
| 2 | 50. garagedoorsorangecounty.com |
| 3 | 51. tampaoverheaddoors.com |
| 4 | 52. houstonoverheaddoors.com |
| 5 | 53. justgaragedoorremotes.com |
| 6 | 54. justgaragedoors.com |
| 7 | 55. stpaulgaragedoors.com |
| 8 | 56. saintpaulgaragedoors.com |
| 9 | 57. garagedoorsatlanta.com |
| 10 | 58. garagedoorsdallas.com |
| 11 | 59. garagedoorsdenver.com |
| 12 | 60. garagedoorsjacksonville.com |
| 13 | 61. garagedoorslasvegas.com |
| 14 | 62. garagedoorsorlando.com |
| 15 | 63. garagedoorsphoenix.com |
| 16 | 64. garagedoorssanantonio.com |
| 17 | 65. garagedoorssandiego.com |
| 18 | 66. garagedoorsseattle.com |
| 19 | 67. garagedoorstampa.com |
| 20 | 68. jacksonvillegaragedoors.com |
| 21 | 69. minneapolisgaragedoors.com |
| 22 | 70. minneapolisoverheaddoors.com |
| 23 | 71. orangecountyoverheaddoor.com |
| 24 | 72. orlandogaragedoors.com |
| 25 | 73. phoenixgaragedoors.com |
| 26 | 74. sanantoniogaragedoor.com |
| 27 | 75. sanantoniooverheaddoor.com |
| 28 | 76. sandiegooverheaddoor.com |

| | |
|---|---|
| 1 | 77. sanjoseoverheaddoor.com |
| 2 | 78. seattlegaragedoors.com |
| 3 | 79. seattleoverheaddoor.com |
| 4 | 80. tampagaragedoors.com |
| 5 | 81. austin-garage-door-repair.com |
| 6 | 82. bostongaragedoorrepair.com |
| 7 | 83. charlottegaragedoorrepair.com |
| 8 | 84. detroitgaragedoorrepair.com |
| 9 | 85. garagedoorrepairomaha.com |
| 10 | 86. neworleansgaragedoorrepair.com |
| 11 | 87. philadelphiagaragedoorrepair.com |
| 12 | 88. pittsburghgaragedoorrepair.com |
| 13 | 89. portlandgaragedoorrepair.com |
| 14 | 90. renogaragedoorrepair.com |
| 15 | 91. richmondgaragedoorrepair.com |
| 16 | 92. sanbernardinogaragedoorrepair.com |
| 17 | 93. sanfranciscogaragedoorrepair.com |
| 18 | 94. stlouisgaragedoorrepair.com |
| 19 | 95. tucson-garage-door-repair.com |
| 20 | 96. atlanta-garage-door.com |
| 21 | 97. austin-garage-door.com |
| 22 | 98. boston-garage-door.com |
| 23 | 99. charlotte-garage-door.com |
| 24 | 100. columbusgaragedoor.com |
| 25 | 101. dallas-garage-doors.com |
| 26 | 102. Houston-garage-door.com |
| 27 | 103. Lasvegas-garage-door.com |
| 28 | 104. Losangeles-garage-door.com |

COHEN & RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

[PROPOSED] FURTHER ORDER RE: RACKSPACE GRANTING PLAINTIFF'S EX PARTE

1. 105. Louisvillegaragedoor.com
2. 106. Miami-garagedoors.com
3. 107. Milwaukee-garage-door.com
4. 108. Minneapolis-garage-door.com
5. 109. Omaha-garage-door.com
6. 110. Orlando-garage-door.com
7. 111. Philadelphia-garage-door.com
8. 112. Phoenix-garage-door.com
9. 113. Renogaragedoor.com
10. 114. Sacramento-garage-door.com
11. 115. Sanantonio-garage-door.com
12. 116. Sanjose-garage-door.com
13. 117. Seattle-garage-door.com

IT IS FURTHER ORDERED that, all prior orders of this court remain in full force and effect until such time as this court issues any order to the contrary.

## SERVICE OF THIS ORDER

IT IS FURTHER ORDERED that service of a copy of this Order to Show Cause and Temporary Restraining Order by the Plaintiffs, together with all papers and materials that the Plaintiffs' filed with the Court, by hand delivery on Defendants, no later than _____(time) on _____(date), will constitute sufficient service of this order.

Dated: _____          _____
                                 UNITED STATES DISTRICT JUDGE