1  JEFFREY A. COHEN, [State Bar 149615]
   jcohen@corichlaw.com
2  ERIK S. VELIE, [State Bar 252446]
   evelie@corichlaw.com
3  COHEN & RICHARDSON, PC
   2321 Rosecrans Avenue, Suite 4210
4  El Segundo, CA  90245-4911
   Telephone: (310) 469-9600
5  Fax: (310) 469-9610

6  Attorneys for Plaintiff, Global Development Strategies, Inc. and Global
   Distribution Services, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Global Development Strategies, Inc., a Nevada Corporation; Global Distribution, Services, Inc., a Nevada Corporation, | Case No. CV11-01966 CAS (AGRx) |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, TO REQUIRE POSTING OF BOND** |
| vs. | |
| Mobile Motion, Inc., a California Corporation; Doron Kim, an individual, E Dating For Free, Inc., a California Corporation; and DOES 1-10. | |
| Defendants. | Judge: Catherine A. Snyder |
| | Courtroom:  5 |

27  ///

28

1  On March 9, 2011, Kronenberger Burgoyne, LLP, on behalf of Mobile Motion, Inc.("Mobile"), Doron Kim ("Doron") and E Dating For Free, Inc ("E Dating")(collectively, "Defendants") filed an *Emergency Ex Parte* Motion to Dissolve Temporary Restraining Order, Or In The Alternative, To Require Posting Of A Bond.  On March 10, 2011, Global Development Strategies, Inc. and Global Distribution Services, Inc. (collectively "Plaintiffs") filed an Opposition to Defendants' *Emergency Ex Parte* Motion to Dissolve Temporary Restraining Order, Or In The Alternative, To Require Posting Of Bond.

The Court has read all of the motions, oppositions and supporting documents related to Plaintiffs' Motion and Defendants' Opposition as set forth above.

THEREFORE, IT IS HEREBY ORDERED: that Defendants' *Emergency Ex Parte* Motion to Dissolve Temporary Restraining Order, Or In The Alternative, To Require Posting Of A Bond is **DENIED.**

Dated: March 11, 2011

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2011, the document listed below was filed electronically. A Notice of Electronic Filing is generated by the Court's CM/ECF System and will be sent to the attorneys below who are registered CM/ECF Users and have consented to electronic service.

**[PROPOSED] ORDER DENYING DEFENDANTS' EMERGENCY MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, TO REQUIRE POSTING OF BOND**

By: s/ Jeffrey A. Cohen
Jeffrey A. Cohen
Attorneys for Defendant
Global Distribution Services, Inc., Global Development Strategies, Inc.

Karl S. Kronenberger
Krokenberger Burgoyne, LLC
150 Post Street, Suite 520
San Francisco, CA 94108