JEFFREY A. COHEN, [State Bar 149615]
jcohen@corichlaw.com
ERIK S. VELIE, [State Bar 252446]
evelie@corichlaw.com
COHEN & RICHARDSON, PC
2321 Rosecrans Avenue, Suite 4210
El Segundo, CA 90245-4911
Telephone: (310) 469-9600
Fax: (310) 469-9610

Attorneys for Plaintiff, Global Development Strategies, Inc. and Global Distribution Services, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Development Strategies, Inc., a Nevada Corporation; Global Distribution, Services, Inc., a Nevada Corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Mobile Motion, Inc., a California Corporation; Doron Kim, an individual, E Dating For Free, Inc., a California Corporation; and DOES 1-10.<br><br>        Defendants. | Case No. CV11-01966 CAS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE AGAINST DEFENDANTS FOR FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS]**<br><br>[*Filed concurrently with (1) Request for Judicial Notice; (2) Affidavit of Brandon Campbell; (3) Plaintiffs' Ex Parte Application for an OSC re Contempt and Memorandum of Points and Authorities; (4) Affidavit of Jeffrey A. Cohen and (5) Affidavit of Erik S. Velie*]<br><br>Judge: Christina A. Snyder<br><br>Courtroom No. 5 – 2nd Floor<br><br>Hearing Date: None Scheduled |

///

COHEN & RICHARDSON, PC
EL SEGUNDO, CALIFORNIA

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE AGAINST DEFENDANTS FOR FAILURE TO COMPLY WITH TRO AND SANCTIONS

Upon considering Plaintiff, Global Development Strategies, Inc.'s ("GD") and Plaintiff, Global Distribution Services, Inc.'s ("GDS")(GD and GDS collectively, "Plaintiffs") *Ex Parte* Application for Order to Show Cause against Defendants, Mobile Motion, Inc. ("Mobile"), Doron Kim ("Doron") and E Dating For Free, Inc. ("E Dating")(Mobile, Doron and E Dating shall collectively be referred to as "Defendants") Regarding Contempt Due to Failure to Comply with Temporary Restraining Order and Sanctions ("Application"), the Court having considered the materials and arguments presented to the Court in connection with the Application rules as follows:

**IT IS HEREBY ORDERED** that Plaintiffs' Application is granted as follows:

Defendants are DIRECTED to SHOW CAUSE regarding Defendants' failure to comply with the Temporary Restraining Order issued as a result of Plaintiffs' Ex Parte Application for a Temporary Restraining Order and OSC re Preliminary Injunction.

## ORDER TO SHOW CAUSE

**IT IS FURTHER ORDERED** that Defendants appear before this Court, located at 312 N. Spring Street, Los Angeles, California, in Courtroom No. 5, on March 29, 2011 at 1:30 P.M., and then and there show cause why an Order for Contempt and Sanctions should not be issued by the Court as a result of Defendants' failure to comply with the Temporary Restraining Order.

Dated: March 21, 2011

UNITED STATES DISTRICT JUDGE

Cohen Richardson, PC
El Segundo, California

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE AGAINST DEFENDANTS FOR FAILURE TO COMPLY WITH TRO AND SANCTIONS