**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (SBN 226112)
Jeffrey M. Rosenfeld (SBN 222187)
Virginia A. Sanderson (SBN 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:  (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com
ginny@KBInternetLaw.com

Attorneys for Defendants Mobile Motion, Inc.,
Doron Kim, and E Dating For Free, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLOBAL DEVELOPMENT STRATEGIES, INC.**, a Nevada Corporation; **GLOBAL DISTRIBUTION SERVICES, INC.**, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOBILE MOTION, INC.,** a California Corporation; **DORON KIM,** an Individual; **E DATING FOR FREE, INC.,** a California Corporation; and **DOES 1-10**,<br><br>Defendants.<br><br>And all related claims. | Case No. CV11-01966 CAS (AGRx)<br><br>**DEFENDANT MOBILE MOTION, INC.'S NOTICE OF MOTION AND MOTION TO MODIFY PRELIMINARY INJUNCTION**<br><br>Date:  October 24, 2011<br>Time:  10:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br><br>Before Hon. Christina A. Snyder |

CASE NO. CV11-01966 CAS (AGRx)   **DEFENDANT'S NTC OF MTN & MTN TO MODIFY PRELIMINARY INJUNCTION**

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE** that on October 24, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-titled Court, in Courtroom 5, 2nd Floor of the United States District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, Defendant Mobile Motion, Inc. ("Mobile Motion"), will move, and does hereby respectfully move, this Court for an order modifying the preliminary injunction.

This motion is based upon this Notice, the memorandum of points and authorities in support of this motion, the declarations filed in support of this motion, the preliminary injunction currently in effect, the Second Amended Complaint, the Court's record of this case, and any other evidence that may be adduced at hearing.

Prior to filing this motion, Mobile Motion made multiple attempts, beginning as early as August 17, 2011, to conduct the conference of counsel required by Local Rule 7-3; however, counsel for Plaintiffs did not respond to any of these attempts. (Declaration of Virginia Sanderson in Support of Mobile Motion, Inc.'s Motion to Modify the Preliminary Injunction ¶¶ 2–5 & Exs. A–B.) Accordingly, Mobile Motion was unable to reach a resolution eliminating the necessity for a hearing.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NO. CV11-01966 CAS (AGRx)     1     **DEFENDANT'S NTC OF MTN & MTN TO MODIFY PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| 1 | DATED: September 7, 2011 | **KRONENBERGER BURGOYNE, LLP** |
| 2 | | |
| 3 | | By:  s/ Virginia Sanderson |
| 4 | | Karl S. Kronenberger (SBN 226112) |
| 5 | | Jeffrey M. Rosenfeld (SBN 222187) |
| | | Virginia A. Sanderson (SBN 240241) |
| 6 | | 150 Post Street, Suite 520 |
| 7 | | San Francisco, CA 94108 |
| | | Telephone:  (415) 955-1155 |
| 8 | | Facsimile:   (415) 955-1158 |
| | | karl@KBInternetLaw.com |
| 9 | | jeff@KBInternetLaw.com |
| 10 | | ginny@KBInternetLaw.com |
| 11 | | Attorneys for Defendants Mobile Motion, Inc., Doron Kim, and E Dating For Free, Inc. |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

| CASE NO. CV11-01966 CAS (AGRx) | 2 | **DEFENDANT'S NTC OF MTN & MTN TO MODIFY PRELIMINARY INJUNCTION** |
|---|---|---|