**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (SBN 226112)
Jeffrey M. Rosenfeld (SBN 222187)
Virginia A. Sanderson (SBN 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
jeff@KBInternetLaw.com
ginny@KBInternetLaw.com

Attorneys for Defendants/Counter-Claimant Mobile Motion, Inc., and Defendants Doron Kim and E Dating for Free, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLOBAL DEVELOPMENT STRATEGIES, INC.**, a Nevada Corporation; **GLOBAL DISTRIBUTION SERVICES, INC.**, a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOBILE MOTION, INC.,** a California Corporation; **DORON KIM,** an Individual; **E DATING FOR FREE, INC.,** a California Corporation; and **DOES 1-10**,<br><br>Defendants.<br><br>And all related Claims. | Case No. CV11-01966 CAS (AGRx)<br><br>**STIPULATION OF DISMISSAL OF ACTION AND ORDER**<br><br>**[Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]** |

CASE NO. CV11-01966 CAS (AGRx)        **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

# ORDER

Pursuant to stipulation by and between Plaintiffs/Counter-Defendants Global Development Strategies, Inc. and Global Distribution Services, Inc., Defendant/Counter-Plaintiff Mobile Motion, Inc., Defendants Doron Kim and E Dating for Free, Inc., and Third-Party Defendants Peter Stephens, Marlene Stephens, Sheri Alsaidi, and AAA Garage Door Services Co., Inc. (collectively, the "Parties"), by and through their designated counsel:

IT IS HEREBY ORDERED that the above-captioned action and all claims, counterclaims and third-party claims are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

IT IS HEREBY FURTHER ORDERED that the Preliminary Injunction issued on March 21, 2011 [D.E. 47] be immediately dissolved.

IT IS HEREBY FURTHER ORDERED that the Court will retain jurisdiction over this matter for the purposes of enforcing the Settlement Agreement that was entered into between the Parties on September 13, 2011 to resolve this action.

IT IS SO ORDERED.

Dated: September 15, 2011            *Christina A. Snyder*
                                     UNITED STATES DISTRICT JUDGE

CASE NO. CV11-01966 CAS (AGRx)       1        **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**